IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMONA ERAZO,                          :
                                       :        CIVIL ACTION
          Plaintiff                    :
                                       :
     v.                                :
                                       :
TRANS UNION, LLC AND          :
ROBINSONS/MAY AND                      :
WELLS FARGO BANK,                      :
                                       :        NO.  02-4438
          Defendants                   :

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:


     Kindly enter my appearance on behalf of the Defendant, The May Department Stores

Company d/b/a Robinsons-May, in regard to the above-captioned matter.

**SWEENEY & SHEEHAN**



                    By:_____
                              Andrew Siegeltuch
                              Attorney for Defendant,
                              The May Department Stores Company
                               d/b/a Robinsons-May