# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMONA ERAZO,    :<br>        :<br>    Plaintiff,    :<br>        :<br>    v.    :<br>        :<br>TRANS UNION, LLC; ROBINSON/MAY and  :<br>WELLS FARGO BANK,    :<br>        :<br>    Defendants.    : | CIVIL ACTION NO. 02-CV-4438 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of John K. Semler, Jr., Esquire as counsel for defendant "Wells Fargo Bank."

                         BALLARD SPAHR ANDREWS & INGERSOLL, LLP

                         By: _____
                             John K. Semler, Jr., Esquire
                             1735 Market Street, 51st Floor
                             Philadelphia, PA  19103-7599
                             215-864-8121
                             215-864-9283 (Fax)

Dated:  September 12, 2002

## CERTIFICATE OF SERVICE

I, John K. Semler, Jr., Esquire hereby certify that I have caused a true and correct copy of the Entry of Appearance to be served this date, by first class mail, upon:

>Mark Mailman, Esquire
>Francis & Mailman, P.C.
>Land Title Building, 19th Floor
>Philadelphia, PA  19110
>
>Timothy P. Creech, Esquire
>Marion, Satzberg, Trichon, Kogan & Wertheimer
>1818 Market Street, 30th Floor
>Philadelphia, PA 19103

Dated:  September 12, 2002            _____
                                      John K. Semler, Jr.