**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAMONA ERAZO** | : | **CIVIL ACTION No. 02-CIV-4438** |
| vs. | : | |
| **TRANS UNION, LLC, et al.** | : | |

## ORDER

AND NOW, this ____ day of September, 2002, upon consideration of the uncontested motion of defendant The May Department Stores Company, d/b/a Robinsons-May, for an extension of time to respond to plaintiff's Complaint, it is **ORDERED** that the motion is **GRANTED** and defendant The May Department Stores Company, d/b/a Robinsons-May, shall have until October 11, 2002 to respond to plaintiff's Complaint.

_____
TIMOTHY J. SAVAGE,            J.