IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMONA ERAZO, : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| TRANS UNION, LLC AND : | |
| ROBINSONS/MAY AND | |
| WELLS FARGO BANK, : | |
| : | NO. 02-4438 |
| Defendants : | |

**MOTION OF DEFENDANT, THE MAY DEPARTMENT
STORES COMPANY D/B/A ROBINSONS-MAY
FOR ADMISSION OF JOHN M. ALLEN PRO HAC VICE**

Defendant, The May Department Stores company d/b/a Robinsons-May ("Robinsons-May") by and through its attorneys, Sweeney & Sheehan, hereby moves this Court for admission of Attorney John M. Allen *Pro Hac Vice*. In support of its motion, The May Department Stores Company submits the Affidavit of John M. Allen, and further states as follows:

1. John M.. Allen is counsel in the Offices of Legal Counsel of The May Department Stores company whose office is located at 611 Olive Street, St. Louis, Missouri 63101.

2. John M. Allen is a member in good standing of the Bar of the States of Missouri and Illinois. Attached hereto as Exhibit "A" is the Affidavit of John M. Allen in support of this motion.

3. Attorney John M. Allen has never been disciplined by any Court or held in contempt of any Court.

4. Attorney John M. Allen agrees to adhere to the Rules governing practice in this Court and in the Courts of the Commonwealth of Pennsylvania.

5. Robinsons-May believes that the services of John M. Allen will facilitate its defense in this matter, and this attorney is fully familiar with the issues presented in this litigation.

6. Pursuant to local Rule of Civil Procedure 83.5.2(a) the undersigned, Andrew Siegeltuch, a member of the bar of this Court, will serve as associate counsel if this motion is granted.

**WHEREFORE,** Defendant, The May Department Stores Company d/b/a Robinsons-May, respectfully requests that this Court enter an Order admitting Attorney John M. Allen as additional counsel *pro hac vice* in the above captioned case.

Respectfully submitted,

**SWEENEY & SHEEHAN**


By:_____
Andrew Siegeltuch
1515 Market Street
Suite 1900
Philadelphia, Pennsylvania 19102
(215) 563-98ll

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONA ERAZO, | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC AND | : | |
| ROBINSONS/MAY AND | : | |
| WELLS FARGO BANK, | : | |
| | : | NO. 02-4438 |
| Defendants | : | |

## CERTIFICATION OF SERVICE

I, Andrew Siegeltuch, Esquire, hereby certify that a true and correct copy of the foregoing Motion For Admission of John M. Allen Pro Hac Vice was made upon the following interested counsel on October 2, 2002 by regular mail, postage pre-paid.

                                                      _____
                                                      Andrew Siegeltuch

INTERESTED COUNSEL:
Mark D. Mailman, Esquire
Land Title Building, 19th Floor
Philadelphia, Pennsylvania 19110

Timothy P. Creech, Esquire
Saltzberg Trichon Kogan & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONA ERAZO, | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC AND | : | |
| ROBINSONS/MAY AND | : | |
| WELLS FARGO BANK, | : | |
| | : | NO. 02-4438 |
| Defendants | : | |

## ORDER

**AND NOW**, this         day of                  , 2002, upon consideration of the motion of Defendant, The May Department Stores Company d/b/a Robinsons-May ("Robinsons-May"), for the Admission of John M. Allen *Pro Hac Vice*, and any response thereto, it is hereby

**ORDERED AND DECREED** that John M. Allen, Esquire, is admitted as additional counsel *Pro Hac Vice* in the above captioned case.

**BY THE COURT**:

_____
U.S.D. J.