IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAMONA ERAZO** )<br>)<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**TRANS UNION, LLC** )<br>and )<br>**ROBINSONS/MAY** )<br>and )<br>**WELLS FARGO BANK** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 02-CV-4438 |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED AS TO DEFENDANT ROBINSONS/MAY ONLY**

TO THE CLERK OF COURT:

Please mark the above matter settled, discontinued and ended with prejudice **as to Defendant Robinsons/May only**.

                                                                **FRANCIS & MAILMAN, P.C.**

                                                          BY:_____
                                                             JAMES A. FRANCIS, ESQUIRE
                                                             MARK D. MAILMAN, ESQUIRE
                                                             Attorneys for Plaintiff
                                                             Land Title Building, 19th Floor
                                                             100 South Broad Street
                                                             Philadelphia, PA 19110
                                                             (215) 735-8600

Dated: March 3, 2003