IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMONA ERAZO<br><br>                                Plaintiff,<br>   v.<br><br>TRANS UNION LLC<br>ROBINSONS/MAY<br>WELLS FARGO BANK<br>                                Defendants | C.A. NO: 02-CV-4438 |

**JOINT MOTION FOR EXTENSION OF TIME**

      Trans Union LLC ("Trans Union"), Wells Fargo Bank ("Wells") and Ramona Erazo ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned attorneys, jointly move for an extension of time of all deadlines for sixty (60) days.

      1.     Plaintiff has commenced this action alleging that Defendant Trans Union violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*. (the "FCRA") because it reported certain allegedly inaccurate credit information relating to Plaintiff.  Plaintiff asserts Wells violated the FCRA because it furnished allegedly inaccurate credit information to Trans Union after receipt of an alleged notice of dispute.

      2.     The Parties have engaged in serious settlement discussions.  Robinsons/May and Plaintiff have settled.

      3.     The Parties have requested a settlement conference with Magistrate Judge Angell. No date for this conference has yet been set.  The Parties do have some remaining discovery to complete, including depositions.

      4.     Summary Judgment motions are due Thursday, March 27, 2003.  This matter is scheduled to enter the trial pool on April 14, 2003.  If the Parties are required to incur the time and

expense of motions, depositions and pretrial preparation, this would diminish the prospect of settlement.

    5.    Accordingly, the Parties respectfully requests that the Scheduling Order be modified to extend all existing deadlines for sixty (60) days.

    WHEREFORE, the Parties jointly respectfully request that this Court grant an extension of time of all existing deadlines for sixty (60) days.

Respectfully Submitted this __25th__ day of __March__, 2003

|  |  |
|---|---|
|  | *By/S/TPC w/ express permission* |
|  | _____ |
| _____ | MARK D. MAILMAN |
| MARK E. KOGAN | FRANCIS & MAILMAN, P.C. |
| BRUCE S. LUCKMAN | Land Title Building, 19th Floor |
| TIMOTHY P. CREECH | Philadelphia, PA 19110 |
| SATZBERG, TRICHON, | (215) 735-8600; Fax: (215) 940-8000 |
|   KOGAN & WERTHEIMER, P.C. |  |
| 1818 Market St., 30th Floor |  |
| Philadelphia, PA 19103 |  |
| (215) 575-7600; Fax: (215) 575-7688 | *Counsel for Plaintiff* |

*Counsel for Defendant,*
*Trans Union LLC*

*By/S/TPC w/ express permission*
_____
JOHN K. SEMLER, JR.
BALLARD SPAHR, ANDREWS & INGERSOLL
Plaza 1000, Suite 500, Main St.
Voorhees, NJ 08043
(856) 761-3402; Fax: (856) 873-9044