IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMONA ERAZO<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>TRANS UNION LLC<br>ROBINSONS/MAY<br>WELLS FARGO BANK<br>　　　　　　　　Defendants | C.A. NO: 02-CV-4438 |

**ORDER EXTENDING DEADLINES**

AND NOW, this _____ day of _____, 2003, for good cause shown, it is hereby ORDERED the Parties' Motion for extension of time is granted, and this Court's scheduling order is amended as follows:

1.　Pretrial timetable:

- Close of fact discovery on May 21, 2003.
- Motions for Summary Judgment due on May 28, 2003.
- Exchange of exhibits due on June 4, 2003.
- Plaintiff's pre-trial memorandum due on June 4, 2003.
- Defendants' pre-trial memoranda due on June 10, 2003.
- Final pre-trial conference to be held on _____.

2.　This case will be placed into the trial pool on _____.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.