## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMONA ERAZO** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 02-CV-4438** |
| v. | : | |
| | : | |
| | : | |
| **TRANS UNION, LLC,** *et al* | : | |

## ORDER

AND NOW, this 31st day of March, 2003, upon consideration of the Joint Motion For Extension of Time (Document No. 18), it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.